1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731

5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,     )     2:06-MJ-0043
                                 )
10              Plaintiff,       )     STIPULATION CONTINUING
                                 )     PRELIMINARY HEARING DATE;
11       v.                      )     ORDER
                                 )
12 CALVIN MITCHELL               )
                                 )
13              Defendant.       )
                                 )
14 _____)

15      The parties, through their respective attorneys, hereby agree that the preliminary hearing in the

16 above matter, presently scheduled for February 28, 3006, at 2:00 p.m., be continued two days to

17 March 2, 2006, at 2:00 p.m.  The reason for the request is that the grand jury session scheduled for

18 February 23, 2006, was cancelled, necessitating the postponement of the presentation of the

19 Indictment until the following week.  This request is made pursuant to Rule 5.1(d) of the Federal

20 Rules of Criminal Procedure.   Counsel for the government has received the oral consent of defense

21 counsel, Jeffrey Staniels, to this request.

22
   DATED: February 23, 2006              McGREGOR W. SCOTT
23                                       United States Attorney

24
                                  By:         /s/
25                                       RICHARD J. BENDER
                                         Assistant U.S. Attorney
26
   //
27
   //
28

                                          1

Stipulation to Continue Preliminary Hearing
to March 2, 2006
Page two

It is SO ORDERED,

this 24th day of February, 2006        /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U.S. Magistrate Judge

mitchell.ord